IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
JAN 22 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Kiwanna James "Pro Se"
Plaintiff

CASE NO. 1:21CV191

-vs-

JUDGE Pamela A. Barker
Magistrate Judge: Jonathan D. Greenberg

Minute Men HR Select / A&K Sloan
Defendant(s)

COMPLAINT

Minute Men HR Select / A&K Sloan
3740 Carnegie Avenue 2nd Flr.
Cleveland, Ohio 44115

— Employment Discrimination
4112.02

A lawsuit has been filed against you. On November 18, 2017 the managers that was working in Drive-thru on the morning shift was arguing about who was going out in the pouring rain to delivery the food for the (Reserved Parking) customer that had been waiting long enough for me to clear Clear the front line and grab my jacket from the break room. (As usual) with food and oil under my shoes from walking thru the store, I served the parked customer. Prior to the "dislocated fracture", I had suggested to Sarah that Reserved Parking should be moved outside the door closest to the registers, because I almost got hit by a car trying to serve a customer from the passenger side to avoid the grassy area where bad weather rests.

I feel since my former employer did not act about reasonably accommodating, (which I believe may be fraud) they have misused a system that was setup for employer/employee relations. They did not want to pay "too much" for workers compensation; as they had stated to Charles Boyk's firm, that I was an uneducated liability. When in fact, I was very much a valuable asset. I worked as a Business to Business Telephone Marketing Interviewer, Customer Service is my life, so I know how to represent my McDonalds uniform better than ANYBODY! I only wanted to heal and return to my customers. However, my employers stated that they would provide a sitdown position at McDonalds if my Surgeon Dr. Benjamin Salpietro could get me off of the crutches. Being on my feet too soon caused damages that currently limits my opportunities for employment, desired activities and family time. No money can amount to the pain of "LIMITED DANCING" and being out ran by your grand children.

According to Google: EEOC award monetary damages by number of employees. I know there are several stores in the Toledo area, so my approximate guess per store, I would guess a company of maybe 500 team members I am requesting $200,000.