Kiwanna James "Pro se"   Charge No.
426 Spieker Terrace      471-2020-02616
Toledo, OH 43605
419·297·4039

   I was referred to you by Detroit EEOC. I have a complaint against my former employer group, Minute Men HR Select at 3740 Carnegie Ave. Cleveland, OH 44115. They are legal Private Insurers of A and K Sloan, owners of McDonalds. I have reached Katie Sloan at this particular establishment approximately November or December, 2017.

On November 18, 2017, I was running a bag of food out to a waiting parked vehicle for the arguing managers that were working Drive-thru; because they had argued so long the Customer waited until I cleared front line. I had recently recommended moving the reserved parking outside of the door (no sugg. box) and was denied. I also almost got ran over by another car attempting to deliver bag from passenger side, because of the water accumulation

of water where vehicles are parked. (Directly in front of the store) The curve is barely two car limited, but on a good rainy day the grassy area looks like a pond. I approached the parked vehicle from behind, attempting to avoid the puddle. I had food and oil on the bottom of my slip-proof shoes, when I stepped up on the curb, my foot slipped off the curb, dislocating my whole left ankle out of socket fracturing my left ankle and part of my leg bone (splitting my leg bone).

I followed employer protocol and filled out the paper work for Workers Comp, with the plans of returning to work after healing. Originally Dr. Benjamin Salpietro to me I would be off crutches in about six to eight months, depending how my body heal for my age. I had no knowledge as to how much the doctor was communicating with my employer, but it appears they were communicating for their own behalf. I had surgery on November 20, 2017.

There was a plate on each side, with about fifteen screws in my left leg and ankle. I went in appoximately two weeks later. Dr. Salpietro had taken off the cast and told me "the hardware was my stability and my employer wants me back to work as soon as possible". I had ~~recieved~~ received a release back to work and was scheduled to return for work on December 13, 2017. When I called the number listed on the release from Minute Men HR Select, Katie Sloan answered the phone with name.

I had explained to Katie (since 6 to 8 months was no longer an option) that I was still on crutches, percocets and other pain medication. I asked who would be responsible? She told me that the doctor had released me to work, so if I did not return I would lose BWC benefits. I hung up from Ms. Sloan and called Dr. Salpietro's office and had basically the same conversation. Dr. Salpietro took the work release back and scheduled me for physical therapy at UTMC.

When I met with my therapist, January 2018, she expressed concerns about it being too soon for therapy. She also stated that she has a job to do, which was to get me off of the crutches as soon as possible. By February, 2018, Dr. Salpietro had called the therapy center fussing at the crew about getting me off of the crutches, the knee scooter, out of the boot and on my feet. By my next session, I was being scorned by the therapists that the doctor wants me walking.

By The end of February 2018, I was walking without crutches. More therapy hours was requested. It was approved by doctor and employer in a timely manner. After that, another session was requested, which was not so timely. I had returned to work maybe in April 2018. I was not informed prior to that my signature was needed on the release to work form stating that I agreed. There are at least two forms missing my signature as the doctor and employers proceded on their own.

Dr. Salpietro sent a letter to the employer stating that in order for me to return to work, I will be required to sit in a regular sitting chair with a way to elevate leg as needed; as the employer agreed to accommodate. However, when I returned to work, I was not put on Drive-thru order taking. I was given a small wooden pot stool to sit on with no way of elevating my leg. (All work put into therapy was undone, causing abnormal swelling). Dr. Salpietro scheduled me for a walk in before my

next scheduled appointment. He said the inflamed scar tissue was normal. The therapist was upset because the swelling would require more tissue scraping when we were just getting scar tissue removed. Dr. Salpietro would not take the work release back. I had called Sara G. at McDonalds and explained that I had to stop working as I could not continue hours of standing. Sarah was upset that I back so soon, not sure what happened, but shortly after Sarah was no longer with the company when I had called to speak to her at McDonalds.

There's also paperwork missing Sarah's signature. I had made complaints with BWC; Minute Men HR stated they accommodated to BWC, when in fact they committed fraud on BWC document. I worked front line, standing the whole time. They did not provide a chain, as I made the doctor aware as well.

I called almost every attorney in the Toledo area, only to be turned down by every attorney attempted.

Finally, Charles Bayk took my case, I need the work release uplifted so that I could heal. Instead of contacting the doctor, he tried to settle everything for $15,000, leaving me without medical, when I needed to heal. I had hired three attorneys, none of them looked into the BWC paperwork as I had requested. The third attorney did no investigation as I had evidence that showed fraud by my employer. They went straight for the first settlement given. I have lost everything during this process as I face garnishments.

Today, I am off balance on the left side. I was accused of drinking at work, which left me feeling ashamed and embarrassed. I have lost feeling, as hardware was found to have be improperly placed, which had to be removed November 2018. My ankles are two different sizes. I have numbed areas and constant pain. Over the course of immobility, I have acquired diabetes and thyroid disease, which could be lead on by diabetes. I have become depressed as I am limited to what I can no longer do.

Current issues that I face:

1) Separated from husband.
2) Stress to right leg due to shifting my wieght constantly.
3) Constant pain to left leg and ankle
4) Fear of losing feet to diabetes (while off feet) and loss of energy.
5) Can not stand for half a shift w/o swelling
6) Can not sit longer than an hour without leg falling asleep.
7) I can feel the damage in the back of my thigh, as the doctors can never find any problems. Frustrating, I'm not crazy.

8) Depression

9) Currently limited for future employment.

10) Can be out ran by toddlers

11) distanced from family, due to slower mobility comes insecurities and hiding. Hiding my smile because I have clenched my jaws to the point of spreading my teeth.

12) Because my arm, left arm, left side and left side of my head hip was not in the initial claim, everything was denied to be checked. The discovery of torn ligaments had to be found through my Primary Care Physician. I have bad headaches on the left side.

According to Charles Boyk, A+K Sloan / Minute Men HR Select considered me a liability. In reality, I was a very "Valuable Asset". I was the only person attempting to control the gnat problem around the pop machine. This store in particular could have been shut down like Steak N Shake. I cleaned the unseen problems, such as spilled, dried condiments. I and Sarah was the only people that actually cared about the store. I did well in college. I was not limited to a minimum wage paying job before or after, I am now.
    Thank you McDonald's.